## Luman *vs* Neete.

CASE.

### APPEAL FROM THE FLEMING CIRCUIT.

*Assignor and assignee. Evidence.*

Case 50.

CHIEF JUSTICE ROBERTSON delivered the opinion of the Court.

*October 15.*

HAD it clearly appeared that, notwithstanding the official return of *nulla bona,* the assignee knew that the obligor had property which might be subjected to an execution on his judgment against him, it might have been his duty to proceed against that property, before he would be entitled to recourse on his assignor.

But proof merely of the fact that there was such estate, was insufficient to repel the presumption of legal diligence, and good faith, implied by the Sheriff's return that no property could be found.

The Circuit Court did not err, therefore, in rejecting proof of the latter fact only.

Wherefore, as this is the only question involved in this case, the judgment is affirmed.

*Cavan & Cox* for appellant: *Owsley & Goodloc and Payne and Waller* for appellees.

In a suit by *assignee* vs *assignor,* proof that the assignee knew of property on which the execution might have been levied, is admissible, but the *fact* that there was property, without showing that assignee had knowledge of it, should not bar a recovery *vs* assignor, after return of *nulla bona.*